J56

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

MICHAEL TERRELL MOORE,            )    Case No. EDCV 11-2016-SJO (OP)
11                                 )
                                   )    J U D G M E N T
12              Petitioner,        )
        v.                         )
13                                 )
                                   )
14 MARTIN BITER, Warden,           )
                                   )
15                                 )
                Respondent.        )
16 _____)

17        Pursuant to the Order Accepting Findings, Conclusions, and Recommendations

18 of the United States Magistrate Judge,

19        IT IS ADJUDGED that the Petition is denied and this action is dismissed with

20 prejudice.

21

22 DATED: _____6/24/12_____

23                              HONORABLE S. JAMES OTERO
                                United States District Judge
24

25 Prepared by:

26

27

   HONORABLE OSWALD PARADA
28 United States Magistrate Judge